AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**COLLEEN MARIE MCCAREY**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **NOVEMBER 29, 2007** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendants did, (Track Statutory Language of Offense)

**knowingly and willfully threaten to kill and inflict bodily harm upon former United States President William Clinton, by stating that she wanted to put a bullet in former United States President William Clinton's head, as well as his wife Hillary Clinton's head.**

in violation of Title **18** United States Code, Section(s) **879**.

I further state that I am **OFFICER GERALD CREPEZZI**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
**OFFICER GERALD CREPEZZI**
**UNITED STATES SECRET SERVICE**

Sworn to before me and subscribed in my presence,

_____     at     **Washington, D.C.**_____
Date                                                                            City and State

_____          _____
Name & Title of Judicial Officer                          Signature of Judicial Officer

## STATEMENT OF FACTS

      On November 29, 2007, officer Gerald Crepezzi, of the United States Secret Service received a dispatch to the area of 9th and G Streets, N.W., Washington, D.C. The dispatch was for a female driving a white Chevrolet bearing Pennsylvania registration number GDE-0210, who stated she was going to attempt to throw an explosive device over the White House fence. When officer Crepezzi arrived at the above location, he observed the defendant, Colleen McCarey, at the corner of 8th and G Streets, N.W., in the presence of FBI agents. When Officer Crepezzi asked the defendant what the problem was, she stated that she wanted to put the bullet in former U.S. President William Clinton's head, as well as Hillary Clinton, his wife's, head. The defendant continued to repeat this threat numerous times. Based on the original report about the defendant wanting to throw an explosive device at the White House, the defendant's vehicle was checked, and cleared with negative results. Officers placed the defendant under arrest based on her threats to kill the former U.S. President William Clinton and his family member, Hillary Clinton.

 

_____
OFFICER GERALD CREPEZZI
UNITED STATES SECRET SERVICE


SWORN AND SUBSCRIBED BEFORE ME ON THIS ___ DAY OF NOVEMBER, 2007.


_____
U.S. MAGISTRATE JUDGE