IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | CRIMINAL NO. 07-MJ-00605 (AK) |
| : | |
| **COLLEEN MARIE MCCAREY,** : | |
| : | |
| **Defendant.** : | |

### NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney D. Ames Jeffress, at telephone number 202/514-7624 and email address amy.jeffress@usdoj.gov.  AUSA Jeffress will substitute for Assistant United States Attorney Angela George, as counsel for the United States.

        Respectfully submitted,
        JEFFREY A. TAYLOR
        United States Attorney
        D.C. Bar No. 498610

        _____
        D. Ames Jeffress
        Assistant United States Attorney
        D.C. Bar No. 449258
        National Security Section
        555 Fourth Street NW, Room 11-435
        Washington, DC 20530
        202/514-7624
        amy.jeffress@usdoj.gov